# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: RUTTKAI, MIHALY, JR. | § Case No. 10-70494 |
| RUTTKAI, ROSE M. | § |
| GIFTS, MNR SPECIAL | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $260,457.26 *(without deducting any secured claims)* | Assets Exempt: $132,557.26 |
| Total Distribution to Claimants: $3,865.77 | Claims Discharged Without Payment: $32,451.79 |
| Total Expenses of Administration: $2,335.43 | |

3) Total gross receipts of $ 6,201.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,201.20 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $116,228.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,335.43 | 2,335.43 | 2,335.43 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 37,466.56 | 36,317.56 | 3,865.77 |
| **TOTAL DISBURSEMENTS** | $0.00 | $156,029.99 | $38,652.99 | $6,201.20 |

4) This case was originally filed under Chapter 7 on February 05, 2010. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2011        By: /s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Anticipated income tax refund | 1129-000 | 3,500.00 |
| 2002 Chevrolet pickup truck; 164,000 miles-debto | 1129-000 | 2,700.00 |
| Interest Income | 1270-000 | 1.20 |
| **TOTAL GROSS RECEIPTS** | | **$6,201.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | WELLS FARGO HOME MORTGAGE | 4110-000 | N/A | 116,228.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$116,228.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,370.12 | 1,370.12 | 1,370.12 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 962.00 | 962.00 | 962.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.31 | 3.31 | 3.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,335.43 | 2,335.43 | 2,335.43 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 14,541.72 | 14,541.72 | 1,547.87 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 9,634.96 | 9,634.96 | 1,025.58 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,331.48 | 4,331.48 | 461.06 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,998.61 | 4,998.61 | 532.07 |
| 5 | First National Bank of Omaha | 7100-000 | N/A | 2,810.79 | 2,810.79 | 299.19 |
| NOTFILED | GMAC | 7100-000 | N/A | 149.00 | 0.00 | 0.00 |
| NOTFILED | GENE JOHNSON | 7100-000 | N/A | 1,000.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 37,466.56 | 36,317.56 | 3,865.77 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 10-70494 | | Trustee: | (330420) | JAMES E. STEVENS |
|---|---|---|---|---|---|
| Case Name: | RUTTKAI, MIHALY, JR. | | Filed (f) or Converted (c): | 02/05/10 (f) | |
| | RUTTKAI, ROSE M. | | §341(a) Meeting Date: | 03/11/10 | |
| Period Ending: | 05/10/11 | | Claims Bar Date: | 06/18/10 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1711 Highview Ave., McHenry,<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account-Chase Bank<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings account-Chase Bank<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 60.00 | 0.00 | DA | 0.00 | FA |
| 4 | 2-Checking accounts-Midwest Bank<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 110.00 | 0.00 | DA | 0.00 | FA |
| 5 | Business checking account-Chase<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 10.00 | 0.00 | DA | 0.00 | FA |
| 6 | Business savings account-Chase Bank<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Miscellaneous household goods & furnishings-debt<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous books & pictures-debtors' possessi<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 150.00 | 0.00 | DA | 0.00 | FA |
| 9 | Necessary wearing apparel-debtors' possession<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | Miscellaneous sports equipment-debtors' possessi<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 25.00 | 0.00 | DA | 0.00 | FA |
| 11 | IRA-Chase<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 93,488.00 | 0.00 | DA | 0.00 | FA |
| 12 | Anticipated income tax refund | Unknown | 3,500.00 | DA | 3,500.00 | FA |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-70494
**Case Name:** RUTTKAI, MIHALY, JR.
RUTTKAI, ROSE M.
**Period Ending:** 05/10/11

**Trustee:** (330420) JAMES E. STEVENS
**Filed (f) or Converted (c):** 02/05/10 (f)
**§341(a) Meeting Date:** 03/11/10
**Claims Bar Date:** 06/18/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13 | 2002 Chevrolet pickup truck; 164,000 miles-debto<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 2,700.00 | 2,700.00 | DA | 2,700.00 | FA |
| 14 | 2006 Chevrolet Impala; 51,000 miles-debtors' pos<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Business inventory-debtors' possession<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,914.26 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.20 | FA |
| 16 | Assets    Totals (Excluding unknown values) | $260,457.26 | $6,200.00 | | $6,201.20 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** January 1, 2011      **Current Projected Date Of Final Report (TFR):** February 10, 2011 (Actual)

Printed: 05/10/2011 03:18 PM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-70494 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | RUTTKAI, MIHALY, JR. | | Bank Name: | The Bank of New York Mellon |
| | RUTTKAI, ROSE M. | | Account: | 9200-******61-65 - Money Market Account |
| Taxpayer ID #: | **-***3197 | | Blanket Bond: | $166,000.00  (per case limit) |
| Period Ending: | 05/10/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/07/10 | {12} | Rose and Mihaly Ruttkai, Jr. | non-exempt portion tax refund | 1129-000 | 3,500.00 | | 3,500.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.15 | | 3,500.15 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.21 | | 3,500.36 |
| 06/08/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/08/2010 FOR CASE #10-70494, Bond #016018067 | 2300-000 | | 3.31 | 3,497.05 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.20 | | 3,497.25 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.21 | | 3,497.46 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.20 | | 3,497.66 |
| 09/01/10 | {13} | Rose Mary Ruttkai | payment debtor's interest in 2002 Chevy S-10 pick up truck | 1129-000 | 2,700.00 | | 6,197.66 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,197.70 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,197.74 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,197.78 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,197.83 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,197.88 |
| 02/10/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 6,197.89 |
| 02/10/11 | | To Account #9200******6166 | transfer to close money market account | 9999-000 | | 6,197.89 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,201.20 | 6,201.20 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,197.89 | |
| | | | Subtotal | | 6,201.20 | 3.31 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6,201.20 | $3.31 | |

{} Asset reference(s)

Printed: 05/10/2011 03:18 PM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-70494 | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|
| Case Name: | RUTTKAI, MIHALY, JR. | Bank Name: | The Bank of New York Mellon |
| | RUTTKAI, ROSE M. | Account: | 9200-******61-66 - Checking Account |
| Taxpayer ID #: | **-***3197 | Blanket Bond: | $166,000.00 (per case limit) |
| Period Ending: | 05/10/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/11 | | From Account #9200******6165 | transfer to close money market account | 9999-000 | 6,197.89 | | 6,197.89 |
| 03/23/11 | 101 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $962.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 962.00 | 5,235.89 |
| 03/23/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,370.12, Trustee Compensation; Reference: | 2100-000 | | 1,370.12 | 3,865.77 |
| 03/23/11 | 103 | First National Bank of Omaha | Dividend paid 10.64% on $2,810.79; Claim# 5; Filed: $2,810.79; Reference: | 7100-000 | | 299.19 | 3,566.58 |
| 03/23/11 | 104 | Chase Bank USA, N.A. | Combined Check for Claims#3,4 | | | 993.13 | 2,573.45 |
| | | | Dividend paid 10.64% 461.06 on $4,331.48; Claim# 3; Filed: $4,331.48 | 7100-000 | | | 2,573.45 |
| | | | Dividend paid 10.64% 532.07 on $4,998.61; Claim# 4; Filed: $4,998.61 | 7100-000 | | | 2,573.45 |
| 03/23/11 | 105 | PYOD LLC its successors and assigns as assignee of | Combined Check for Claims#1,2 | | | 2,573.45 | 0.00 |
| | | | Dividend paid 10.64% 1,547.87 on $14,541.72; Claim# 1; Filed: $14,541.72 | 7100-000 | | | 0.00 |
| | | | Dividend paid 10.64% 1,025.58 on $9,634.96; Claim# 2; Filed: $9,634.96 | 7100-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 6,197.89 | 6,197.89 | $0.00 |
| Less: Bank Transfers | 6,197.89 | 0.00 | |
| Subtotal | 0.00 | 6,197.89 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $6,197.89 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******61-65 | 6,201.20 | 3.31 | 0.00 |
| Checking # 9200-******61-66 | 0.00 | 6,197.89 | 0.00 |
| | $6,201.20 | $6,201.20 | $0.00 |

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
April 1 - April 30, 2011

**10-70494**
**RUTTKAI, MIHALY, JR., DEBTOR**
**JAMES E STEVENS (0000330420)**
**TRUSTEE**
6833 STALTER DRIVE
ROCKFORD, IL 61108

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

### CONSOLIDATED BALANCE SUMMARY

| | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| **CHECKING ACCOUNT** | | | |
| 92009938886166 | | $993.13 | $0.00 |
| **Total** | | $993.13 | $0.00 |

### Important Information Regarding Your Account

ON MONDAY, MAY 30TH, MEMORIAL DAY, BOTH BNY MELLON AND THE BMS BANKING CENTER WILL BE CLOSED. ANY BANKING TRANSACTIONS CONDUCTED ON THESE DAYS WILL BE POSTED THE FOLLOWING BUSINESS DAY. THE BMS BANKING CENTER IS AVAILABLE FOR ASSISTANCE MON-FRI 8AM TO 8PM ET AT (800) 634-7734, OPT 8.
TIP: TO AVOID BUWH, PLEASE SUBMIT W9 FORM SOON AFTER TIN HAS BEEN SUPPLIED.

**As of April 30, 2011, the funds for this case were on deposit in the following institutions as shown below:**
Citi                                                              $0.00
**Grand Total:                                          $0.00**

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
April 1 - April 30, 2011

10-70494
RUTTKAI, MIHALY, JR., DEBTOR
JAMES E STEVENS (0000330420)

## CHECKING ACCOUNT SUMMARY — Account No. 92009938886166

| | Instances | Amount |
|---|---|---|
| **Beginning Balance** | | $993.13 |
| Deposits and Additions | 0 | $0.00 |
| Withdrawals | 1 | $(993.13) |
| **Ending Balance** | 1 | $0.00 |

## TRANSACTION DETAIL

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/04 | CHECK # 0000000104 | $(993.13) | | $0.00 |
| **Totals** | | $(993.13) | $0.00 | |

(* Indicates a break in the check sequence)    **CHECKS PAID IN NUMERIC ORDER**

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 104 | 04/04 | $993.13 | | | | | | |

Total Checks Paid: $993.13

**As of April 30, 2011, the funds for this account were on deposit in the following institutions as shown below:**
Citi                                                    $0.00
**Grand Total:**                              **$0.00**

**Check Number:** 1001     **Pay Date:** 06/16/2010     **Amount:** $3.31



**Check Number:** 101  **Pay Date:** 03/25/2011  **Amount:** $962.00





**Check Number:** 102  **Pay Date:** 03/25/2011  **Amount:** $1,370.12





**Check Number: 103**  Pay Date: 03/31/2011  Amount: $299.19



**Check Number: 105**  Pay Date: 03/30/2011  Amount: $2,573.45





Page 4 of 5

**Check Number:** 104    **Pay Date:** 04/06/2011    **Amount:** $993.13

